IN THE IOWA 5TH DIST OF THE 10TH JUSTICE OF THE U.S. SUPRAM COURT OF THE UNITED STATES OF AMERICA



PLAWTIF
DR. MICHAEL E. MILE NICH. O. L.A.:S
HE·N·LE CHIEF JUSTICE
PH# (319) 619-9135
RESPONDANT
46TH PRESIDENT OF U.S.A. JOE BIDEN
I.B.A.C. CONTACT PLAWTIF AT BELOW ADDRESS
3145 PLANK RD KEOKUK IA 50632
DATE: FEB. 19TH 2024
ADDRESS TO THE 46TH PRESIDENT OF U.S.A.
JOE BIDEN

NO.
EXECUTIVE ORDER FOR:
CLEAR AND PRESENT DANGER
BY 46TH PRESIDENT OF U.S.A
JOE BIDEN.
I 46TH PRESIDENT OF U.S.A.
DO SEE CLEAR AND PRESENT
EMMINENT DANGER
OF U.S.A. GOVT. STAFF
AND U.S.A. CITIZENS
SIGNATURE BELOW IS JOE BIDEN
46TH PRESIDENT OF U.S.A.

X_____

THE ABOVE NAMED PLAWTIF ADDRESSES..
I THE ABOVE NAMED CHIEF JUSTICE NOW REPORT TO FELOW F.B.I. OFICER. I THE PRESIDENT AS NO. 46TH HEREBY RECONGNIZE AND HERE CHIEF JUSTICE. THE INDIVIDUALS ENVOLVED IN THE WAR AGAINST HATRED WHOM WERE INVESTIGATED BY F.B.I. ARMY A.S.I.S.T TEAM CIVIL FEDERAL OFICERS. DID AND STILL FIND A CLEAR AND PRESENT DANGER!! NEW K.K.K. NAZI'S. FOR IT WAS IN SUCH WAR THAT WAR CRIMINALS (WHOM I THE CHIEF JUSTICE AND F.B.I. A.S.I.S.T. TEAM OFICERS) HAD INVESTIGATED AND GOT TOO CLOSE FOR COMFORT AGAINST THE ENEMY! IN BRAWDLAWNS IN DES MOINES IA. AND AT THE STATE OF IOWA CAPITOL. WHERE THE IOWA AND FEDERAL LAW BOOKS ARE. WHERE INTEL OFICER HEN·LE STATES.. WHERE I THEN AS CHIEF JUSTICE AND A.S.I.S.T. TEAM GENERAL EXEC. △⊙☺D ⇒ GOLDEN CHIEF BRIGADEER MARSHAL CO·EXEC.GEN.OFICER. DID EYE WITNES WITH F.B.I. ARMY OFICERS A STRANGE OCCURRENCE. OF THE OLD GOV. TERRY BRANSTERD CHANGING THE FEDERAL TRUE WRITEN DOCUMENTATION OF THE ROYAL EXEC. GOLDEN BRIGADEER MARSHAL, CHIEF JUSTICE WINSTON CHURCHHILL ORIGINAL LAWS. YES A FABRICATED HAND WRITEN FALSIFIED FORM OF WINSTON CHURHHILL EXISTS NOW IN THE RECORD OF IOWA SUPREAM COURT LAW. FOR ILEGAL CIVIL COMITMENTS BY STATE NOW EXIST. AND ILEGAL FORCABAL DRUGING OF U.S. CITIZENS H/A'S BEEN ON GOING FOR 33 YRS NOW.' AND ILEGAL CONFINEMENT IN LOCKED ILEGAL PSYCH WARDS.

IN THE IOWA 5TH DIST. OF THE 10TH JUSTICE OF THE U.S. SUPREAM COURT OF THE UNITED STATES OF AMERICA

PG. 1 SIDE A



PLAINTIF
CHIEF JUSTICE DR. MICHAEL E. MILE NICH.O.L.R.'S HENLE

RESPONDANT
39TH PRESIDENT OF U.S.A. JIMMY CARTER

SUMONS
TO: 3140 PLANK RD, KEOKUK IA 52632

PH # (319)-619-9135
DATE OF EXEC. ORDER REQUEST
FEB. 19TH 2024

NO.
EXECUTIVE ORDER FROM 46TH PRESIDENT OF U.S.A. JOE BIDEN
FOR SUMONS OF:
39TH PRESIDENT OF U.S.A. JIMMY CARTER
146TH PRESIDENT OF U.S.A. JOE BIDEN. GIVE EXECUTIVE ORDER FOR SUMONS OF RESPONDANT ON LEFT

X _____
SIGNATURE OF JOE BIDEN 46TH PRESIDENT OF THE UNITED STATES OF AMERICA

I ABOVE CHIEF JUSTICE AS PLAINTIF, HEREBY ORDER: FOR 46TH PRESIDENT OF THE UNITED STATES OF AMERICA. TO SUMONS 39TH PRESIDENT OF THE U.S.A. JIMMY CARTER. BOTH AS O.C.C.O. OFICAL CHIEF COMANDING OFICER. AND AS O.C.O.C. OFICAL CHIEF OFICER OF COMAND. AS COMANDER AND CHIEF OF THE EXECUTIVE BRANCH. OF THE PRESIDENTS OF THE OVAL CABINET OF THE.. PRESIDENTAL OVAL OFICE.

FOR PRESIDENT NUMBER 39 AS JIMMY CARTER IS NEEDED. TO AID AND ASIST RECOVED CHIEF JUSTICE AS PLAINTIF. AND REQUESTS FOR HIS OWN PERSONAL EXAMINATION. AS A ALL NATURAL HEALTH PRACTICIONER. TO BE RECOGNIZED. FOR I, THE RESPONDANT. DO HEREBY, REPORT AFTER HAVING UNDER GONE, ONLY 1 YR AND 3 MO. FORCED INJECTIONS OF HALDOL. AND OTHER PILL PSYCH MEDS THAT ARE ILEGAL TO BE REMANUFACTURED OR REPRESCRIBED; AS STATED IN FEDERAL CIVIL LAW AND CIVIL HUMANITARIN LAW. BY WINSTON CHURCH HILL. DURING THE WAR AGAINST UNNATURAL PSYCHIATRY AND.. ILL MENTAL HEALTH WITH WAR PSYCH LOCKED PSYCH WARDS. AND UNHUMANE CIVIL COMITMENT BY STATE AUTHORITY WHICH HAS BEEN ILEGALY BREACHED! AND ALL INDIVIDUALS INVOLED IN THE ABOVE PLAINTIFS RECORDS AS STATE PSYCH COURT OFICALS AND STATE PSYCHIATRISTS. DID PLOT AND PLAN TO ATTACK THE ABOVE U.S. SUPREAM COURT LAW JUDGE. BY CIVIL COMITMENTS.

IN THE IOWA 5TH DIST OF THE 10TH JUSTICE OF THE SUPREAM COURT OF THE UNITED STATES OF AMERICA



PLAINTIF
CHIEF JUSTICE
MICHAEL E. MILENICH-O-L.A.'S
HE-N-LE

DEFENDANT
STATE OF IOWA

ADDRESS TO THE PRESIDENT

EXECUTIVE ORDER OF..
46TH PRESIDENT OF U.S.A.
PRESIDENT JOE BIDEN
O.C.C.O. OFICAL CHIEF COMANDING OFICER
O.C.O.C. OFICAL CHIEF OFICER OF COMAND
AS COMANDER & CHIEF OF THE
EXECUTIVE BRANCH OF THE OVAL OFICE
OF THE PRESIDENTS EXECUTIVE BRANCH
OF THE OVAL CABINET OF THE
PRESIDENTAL OVAL OFICE

X _____
SIGNATURE OF 46TH PRESIDENT OF U.S.A.
JOE BIDEN

IT IS HEREBY EXECUTIVE ORDER FOR THE GOVORNOR KIM RYNALDS TO CEASE AND END AND EXPUNGE AND FREE ALL LOCKED PEOPLE. WHOM HAVE BEEN ILEGALY CIVILY COMITED AND LOCKED IN A MENTALY UNHEALTHY LOCKED PSYCH WARD. WHICH BY DOING SO.. ACTUALY CLASIFYS SUCH BOUND PEOPLES MINDS DO NOT FEEL HEALTHY. AS WHICH THE ANTI NAZI WAR CRIMES LAWS STATE IN THE UNITED NATIONS. AND ALSO THE TRUE AND CORECTLY STILL UNTOUCHED UNCHANGED AND UNALTERED TRUE FEDERALY PROTECTED ORIGINAL LAW BOOK OF WHICH STATES THE ABOVE ABOUT U.S.O. AND CIVIL LAWS. WRITEN BY WINSTON CHURCH HILL.
WHICH THE ORIGINAL COPY OF WINSTON CHURCH HILLS LAW WRITING THAT THE STATE OF IOWA HAS ONLY PICTURES OF. AND NOT THE NO LONGER EXISTING BOOK OF WINSTON CHURCH HILL, THE ROYAL. FOR THIS F.B.I. OFICER AS PLAINTIF DID ASIST AND WITNES DURING THE WAR AGAINST HATRED. THE ILEGAL FABRICATION ALTERCATION OF SUCH LAW BOOK. AND A NEW OLD REAL APEARING AGED PAPER WITH NEW CHANGE OF WRITEN LAWS; FALSELY STATING IT WAS DECREES FOR HIPPA LAW TO REFRAIGN COMUNICATION AND CONTACT OF NURSING STAFF EMPLOYEES TO FRATERNIZE AND FALL IN LOVE. AND THE ABOVE LOCKING UP ILEGALY ALOWING THE STATE TO FORCIBLY DRUG PEOPLE & ESPECIALY FEDERAL OFICERS SUCH AS F.B.I. ARMY STAFF BE ATACKED THRU MENTAL HEALTH. BY FORCING HARMFUL TO THE BRAIN TYPE OF ILEGAL HALDOL DRUGS. AND HOPING TO DAMAGE THEIR BRAIN

IN THE IOWA 5TH DIST. OF THE 10TH JUSTICE OF THE SUPREAM COURT OF THE UNITED STATES OF AMERICA
CONTINUED FROM REVERSE SIDE
THE PLAINTIF STATES..



ADDRESS TO PRESIDENT

REQUEST FOR EXECUTIVE ORDER OF 46TH PRESIDENT OF U.S.A. JOE BIDEN

X <u>CHIEF JUSTICE MICHAEL E. N. HEWLE</u>
SIGNATURE OF PLAINTIF

THE PRESIDENT PERSONALY KNOWS THE PLAINTIF. AS SECRET SERVICE OFICER, HIGHEST RANKING ARMY GEN. WHO HAS WAR EXPERIENCE, AND A WAR RELATED INJURY TO THE HEAD. WHICH HE SURVIVED AND IS ABLE TO ALSO CONDUCT LEGAL DECISIONS AS A CHIEF JUSTICE FEDERAL LAW JUDGE.
HEREBY STATING THE STATE OF IOWA DID NOT LIKE ITS LOSS AGAINST THE PLAINTIF IN FEDERAL COURT ON OCT. 13, 2010 IN DAVENPORT IOWA. CASE NO. 05771 MHMH032235. AND WAS ORDERED BY THE FEDERAL CHIEF JUSTICE. (WHO'S NAME NEEDS BE LOOKED UP) (AND IS RETIRED.) THAT THE STATE OF IOWA QUIT HARRASSING THE PLAINTIF.
DO NOT REHOSPITALIZE NOR REDRUG THE PLAINTIF EVER AGAIN.
BUT THIS PLAINTIF STATES TO INFORM THE PRESIDENT JOE BIDEN. HE, THE PLAINTIF HAS BEEN HARRASSED AGAIN BY 12 ILEGAL HOSPITLIZATIONS, WITH HARMFUL SIDE EFECT PSYCH MEDICATIONS. THAT CAUSE LOSS OF BRAIN FUNCTION TO MEMORIZE OR RECAL. AND HAS BEEN ILEGALY COURT COMITED TO A MENTAL HEALTH FACILITY.

SO- IT IS THE PLAINTIF'S PLEA, FOR THE PRESIDENT JOE BIDEN. TO DO SUMTHING ABOUT GETING THE PLAINTIF OFF MEDICATIONS. AND FREED FROM CIVIL COMITMENT BY STATE OF IOWA. AND GET HIS, THE PLAINTIF, GUARDIANSHIP BACK.
AND FOR THE PLAINTIF TO BE BROUGHT BACK TO DES MOINES. SO HE CAN BE SEEN BY HIS FEILD MEDIC.
AND SOME WAY, I SEVERLY NEED SOMONE, A FEDERAL PRESIDENTAL FEILD MEDIC. TO STATE HOW I WAS DIAGNOSED WITH A SEVERE HEAD INJURY.
AND THAT FOR A LIFETIME I HAVE NO MENTAL ILLNES! SAYS THE PLAINTIF.



PLAINTIF
CHIEF KINGSMAN KNIGHT
A.S.I.S.T. TEAM
CO.C.O. EXEC. [symbols] BROWN AROW → GOLDEN BRIGADEER
★★★★★★★ 7 STARS ARMY MARSHAL GEN.
DR. MICHAEL E. MILE NICH-O-L.A.'S HENLE

REQUEST FOR EXECUTIVE ORDER OF PARDON FOR F.B.I. ARMY OFICER MICHAEL E. MILE NICH-O-L.A.'S HENLE

I THE O.C.C.O. OFICAL CHIEF COMANDING OFICER AS C.O.C.O. COMANDER OFICAL COMANDING OFICER AS COMANDER AND CHIEF OF THE EXECUTIVE BRANCH, OF THE OVAL OFICE PRESIDENTS EXECUTIVE BRANCH OF THE OVAL CABINET OF THE PRESIDENTAL OVAL OFICE.

JOE BIDEN SIGN BELOW
X_____
SIGNATURE OF 46TH PRESIDENT
OF THE UNITED STATES OF AMERICA

DO HERE BY GRANT FULL PARDON OF ALL PAST CHARGES THE PLAINTIF RECIEVED BY INDIVIDUAL POLK COUNTY POLICE ENVOLED IN HARRASING AND INTIMIDATING ARMY F.B.I. OFICER, LISTED AS ABOVE PLAINTIF.
WHOM STATES AS FOLOWS..

THANK YOU MR. PRESIDENT AS NO. 46, I THE PLAINTIF DO HEREBY SALUTE YOU. AND AM GLAD TO OF SERVED THIS GOOD COUNTRY. (WHICH I HAD OWNED.) (AND PLAN ON OWNING AGAIN WITH YOUR HELP.)
I HAVE BEEN TARGETED BY INDIVIDURLS IN HATE FACTIONS UNIFIED TO AREST ME FOR SEQUESTERING CHECKS. AS A F.B.I. OFICER. WHOM WAS CHARGED WITH FORGERY. I WROTE A NOTE TO SEQUESTER MONEY IN TIME OF A EMERGENCY AT A BANK IN DAVENPORT IOWA. AND RECEIVED A 2ND DEGREE THEFT FOR $1,400 DOLARS.
ALL SUCH OCCURED DURING THE WAR AGAINST HATRED. AND HARASMENT FOR WARNING CITIZENS ABOUT LEATHAL POISONOS ALCOHOL DURING THE WAR STILL GOING ON AGAINST ALCOHOL. AND RECENED 3 LOITERING CHARGES AND TWO INTERFERENCE WITH OFICAL ACTS.

IN THE IOWA 5TH DIST. OF THE 10TH JUSTICE OF THE SUPREAM COURT OF THE UNITED STATES OF AMERICA



PLAINTIF
CHEIF JUSTICE DR. MICHAEL EMILE NICH-O-L.A.'S HENLE

RESPONDANT
THE UNITED STATES OF AMERICA AS A NON-LIVING ENTITY

SUMONS
FOR 39TH PRESIDENT JIMMY CARTER
WITNES     DATE _____

REQUEST FOR PRESIDENTAL EXECUTIVE ORDER FROM 46TH PRESIDENT OF U.S.A. JOE BIDEN
AS WELL AS 39TH PRESIDENT OF U.S.A. JIMMY CARTER

✗ SIGNATURE OF 46TH PRESIDENT JOE BIDEN

IT IS HEREBY ORDERED BY ABOVE CHIEF JUSTICE DR. MICHAEL E.N. HENLE.. PLAINTIF, CALLING UPON 46TH PRESIDENT JOE BIDEN IN U.S.A.. AND 39TH PRESIDENT OF U.S.A. JIMMY CARTER..
BOTH O.C.O.C. OFICAL CHIEF OFICER OF COMAND.
AND O.C.C.O. OFICAL CHEIF COMANDING OFICER..
AS COMANDER AND CHEIF OF THE EXECUTIVE BRANCH
OF THE OVAL OFICE PRESIDENTS EXECUTIVE BRANCH,
OF THE OVAL CABINET OF THE PRESIDENTAL OVRL OFICE.

TO COME TO 3140 PLANK RD, KEOKUK IA. 52632
ORDER AS SUMONS. AND OR CALL (319)-619-9195
IF THEY ARE UNABLE TO APEAR TO THE ABOVE JUDGE'S CHAMBERS AT FEB, 26TH 2024. TO ARRANGE A NEW APOINTMENT DATE. AS ORDERED OR ELSE BE GUILTY OF PURJURY. WHERE, COME TO DISCUS ALTERNATE DUE PROCESS AS DISLUSIONMENT OF AGREEMENT FOR PRIOR REGISTRY OF LAND TITLE TO BE NULL AND VOID FOR THE UNITED STATES OWNERSHIP. AND ALL PRIOR OWNERSHIP OF THE UNITED STATES TO RETURN AS BEING IN THE NICH-O-LA.'S FAMILY; THE PLAINTIF. FOR UPON THE DATE THE PLAINTIF SIGHNED TO GIVE THE NICH-O-LA.'S PROPERTY OF JOINED CONTINENTS. THE PLAINTIF CLOSEST LOVED ONES WERE MURDED. WHICH WHILE THE PLAINTIF BEING AT TOO YOUNG A AGE TO WITHSTAND THAT TYPE OF IMENSE INTENSE LOSS. AT THE FRESH AGE OF 18. WHILE HIS (THE PLAINTIF) MIND WAS STILL DEVEOPING FOR ANOTHER 3 YR.S. THE IMMENSE GRIEF OF THE PLAINTIF'S LOSS WAS TOO DIRE OF A MENTAL BLOW FOR THE PLAINTIF TO MAKE A BEST CLEAR AND LOGICAL EXCELENT DECISION. OF WHAT TO DO WITH HIS LAND. FOR HE LOST HIS BEST MOST LOGICKLY WISEST GUIDES BY MURDER.

IN THE IOWA 5TH DIST. OF THE 10TH JUSTICE OF THE SUPREAM COURT OF THE UNITED STATES OF AMERICA

PG. 1 A. SIDE



PLAINTIF
CHIEF JUSTICE DR. MICHAEL EMILE
NICH-O-L.A.'S HENLE

EXECUTIVE ORDER REQUEST OF 54TH PRESIDENT OF U.S.A.
JOE BIDEN

DATE 26TH OF FEB. 2024
SUMONS OF WITNES
39TH PRESIDENT OF U.S.A.
JIMMY CARTER

X̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶
54TH PRESIDENT OF U.S.A. JOE BIDEN

X_____
DATE OF SIGNATURE

The ABOVE PLAINTIF, RIGHTFULY KNOWN AS..

DR. MICHAEL E. MILE NICHOLA'S MATORKA LINCON TESLA SMITH-BELL DORIGHTY HENLE-ISTIS
SUCH WAS HIS (AND STILL IS) PROPER TITLE OF NAME ON THE OWNERSHIP TITLE OF NICH-O-L.A.'S CONTINENTAL LAND UNITED CONITENTS INCLUDING ALL OCEAN FLOORS. SUCH AS THE PROPER TITLE TO OWN NORTH AND CENTRAL AND SOUTH CENTRAL & SOUTH ALL AMERICA'S.
THE PLAINTIF HERE BY STATES NOW, HE RECALLS HIS TRUE DISTRACTED AND DISORIENTED LOGICAL STATE OF MIND. UPON THE DATE HE, THE PLAINTIF SIGHNED THE TITLE TO HIS VASTLY IMENSE FAMILY ESTATE, THAT WAS NOT.. I REPEAT NOT TO BE GIVEN AS CHARITY NOR SOLD. IT WAS MEANT BY HIS FAMILY ANCESTORS THAT STATED UPON THEIR LAND DEED TITLE TO RENT ONLY THE LAND. WHEN THE PLAINTIF SIGHNED THAT DEED, HE WAS NOT ABLE TO FULLY GRASP ALL OF THE FULL SCOPE. THE PLAINTIF IS SORRY FOR HIS MISCALCULATION.
HE, THE PLAINTIF, WAS IN DEEP DIRE DISTRESS OF IMMENSE HEART TROUBLING SORROW OF SADNES AS IMMENSE GRIEF, UPON THE DATE OF HIM FEELING PRESURED AND DISTRACTED TO CLEARLY LOGICALY UNABLE TO THINK OF ALL HIS FAMILY'S WISHES. EVEN HIS TWO RECENTLY DECEASED PARENTS AND HIS THEN CLOSE FIANCE. ALL WHO WERE SUDENLY MURDERED AND TAKEN OUT OF HIS LIFE THEY ALL WERE THE ABOVE PLAINTIF'S WISET GUIDES AND MOST LOGICAL BEST SOURCE FOR SUCH IMMENSELY BIGER DECISIONS THAT ARE TOO GREAT OF A FINANCAL DECISON AS THE BEST ADVISORS, FOR THE PLAINTIF TO MAKE A CLEARE LOGICAL FINANCAL GOAL. AT THE TOO YOUNG OF A FRESH 18 YR OLD AND NOT AT 21 yr

RIGHT

IN THE IOWA 5TH DIST. OF THE 18TH JUSTICE OF THE SUPREAM COURT OF THE UNITED STATES OF AMERICA

P1.B. SIDE

CONTINUANCE OF STATEMENT OF PLAINTIF FROM PG1 SIDE R.



NO.

EXECUTIVE ORDER OF 49TH PRESIDENT OF U.S.A. & EXECUTIVE ORDER OF 46TH PRESIDENT OF U.S.A.

X _____
SIGNATURE OF 49TH PRESIDENT OF U.S.A.
JOE BIDEN

X SIGNATURE OF CHIEF JUSTICE
X Michael E. Milenich-ol.A.s
Honle

X _____
SIGNATURE OF 39TH PRESIDENT OF U.S.A.
JIMMY CARTER

I THE RESPONDANT, AS CHIEF JUSTICE AND AS A CHIEF KINGSMAN. DO HEREBY DECLAIR THE PRACTICAL REASON AND CAUSE FOR ANULMENT AND NULL AND VOIDISM OF THE NOT REASONABLE ENTITY, THE UNITED STATES LAND TITLE AND DEED.

FOR THE PLAINTIF WAS UNABLE TO CLEARLY MAKE A QUALIFIED CLEAR BEST RECAL OF HIS FAMILY'S WISHES AS PERFECT GUIDENCE AT TOO YOUNG OF A NEWLY YOUNG TEENAGE AGE.
FOR THE BRAIN OF A ADULT DOES NOT REACH MATURE FULL GROWTH. UNTIL 21.
SO THE TOO GREAT AMOUNT OF DEEP SORROWFUL GRIEF, THAT WAS UPON THE UPON THE YOUNGER UNDEVELOPED MIND OF 18 yr. OLD DR. MICHAEL E. MILENICH-OL.A.'S MATOAKA LINCONTESLA SMITH-BELL DORIGHTY HE-N-LE. WHOM I NOW STATE WAS NOT IN CLEAR LOGICAL STATE OF MIND DUE TO THAT. AND ALSO BEING SHAKEN AND YET EXCTEDLY TOO OVER ZEALOUS TO BE ALIVE AND SURVIVING. A TRAUMATIC THREESOME OF EVENTS. AS LIFE TRAUMA FROM BIOLOGICAL POISONING. JUST ONE OF 2 MORE LIFE THREATENING ATTACKS UPON HIS LIFE AS F.B.I. ARMY OFICER, ELECTICUTION AND A SEVERE BLOW TO THE HEAD W/ A MARINE'S BATON.

CONTINUANCE
OF ADDRESS TO PRESIDENT NO. 46
JOE BIDEN

PLAINTIF.
DR., MICHAEL E. MILE NICH-O-LA;'S HE-N-LE
CHIEF JUSTICE

DO FURTHER HEREBY INFORM THE PRESIDENT NO. 46.
JOE BIDEN.. THAT I AM THE RIGHTFUL HEIR AND
, DUE TRUE OWNERSHIP OF MY NICH-O-L.A;'S AND
& ABE LINCON FAMILY DEEDS TO ALL SUCH FAMILY
PROPERTIES. IT IS THE FULL INTENSION AND
PLANED PATERN OF FUTURE PLANS.
TO TAKE FULL ENTITLEMENT OF BOTH OBOVE
NAMED PROPERTIES.
AND ESTABLISH WITHIN ALL THE AMERICA'S
THE MENTAL ASSET OF ABE LINCON
CIVIL AMERICAN GOVT.. ALSO TO EUROPE
CANADA, HAWII, SOUTH CHINA, AND ALL OF THE
AMERICA'S. OR TAX THEM IF THE PEOPLE
DO NOT ADHERE TO SUCH A CHANGE.

AND FOR ALL STILL LIVING PAST PRESIDENTS
TO STILL BE IN OFICE IN THE LINCON CIVIL
AMERICAN UNITED NATIONS UNIFIED ONE GOVT.
YES. I SHALL CALL UPON PRESIDENT JOE
BIDEN, DONALD TRUMP, BILL CLINTON. HILLARY
CLINTON, AND GEORGE G.W. BUSH JR..
AND BAROK OBAMA. WITH THEIR WIVES
AND CHILDREN TRAINED IN GOVERNMENT.
WITH PRINCE HARRY AND QUEEN ANNE.
AND GIVE A % PERCENTAGE OF THE TAXES AS CIVIL GOVT.

SINCERLY, STATED FROM
CHIEF JUSTICE
DR MICHAEL E. MILE NICH-O-C.A;'S MATOAKA LINCON
SMITH-BELL DORIGHTY HENLE-ISIS

CHIEF JUSTICE
DR. MICHAEL E. MILE NICH-O-L-A.'S HE-W-LE
S.E.I.B.H.C.
3140 PLANK RD. KEOKUK, IA.
52632

REQUEST FOR P.R.O.N.T.O.
U.S.A.P. DELIVERY TO → FORWARD TO:
CONTINTS INSIDE
ADDRESS PRESIDENT OF U.S.A.
OF CLEAR AND PRESENT
DANGER..!

IN CARE OF: SECRITARY OF PRESIDENT OF U.S.A.
210 WALNUT ST. DES MOINES IA. 50309
2ND FLOOR OF NEIL SMITH BLD.
46TH PRESIDENT OF U.S.A. JOE BIDEN
& 39TH PRESIDENT OF U.S.A. JIMMY CARTER
O.C.C.O. OFICAL CHIEF COMANDING OFICER
O.C.O.C. OFICAL COMANDING OFICER OF COMAND
AS COMANDER AND CHIEF OF THE EXECUTIVE BRANCH
OF THE PRESIDENTS OF THE OVAL CABINET
OF THE PRESIDENTAL OVAL OFICE